MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LMREC CDO REO III, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN H. BARNES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LMREC CDO REO III, INC., dba CASA GRANDE PINES APARTMENTS; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-2927<br><br>**Stipulation and Order for Dismissal with Prejudice** |

The parties stipulate to dismiss this matter, with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>———————————————<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>E-mail: Michael.Lowry@wilsonelser.com<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for LMREC CDO REO III, Inc. | RICHARD HARRIS LAW FIRM<br><br>*/s/ Kris Helmick*<br>———————————————<br>Kris Helmick, Esq.<br>Nevada Bar No. 13348<br>E-mail: kris@richardharrislaw.com<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Tel: 702.444.4444/Fax: 702.444.4455<br>Attorneys for Carolyn H. Barnes |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: August 20, 2018.